Laakmann v. Throckmorton.

Henley, J.—The questions presented by this appeal are all decided adversely to appellant by the Supreme Court in the case of *Lake County Water, etc., Co.* v. *Walsh*, 160 Ind.——.
Judgment affirmed.

## Baltimore and Ohio and Chicago Railroad Company v. The City of Hammond et al.

[No. 4,600. Filed December 17, 1902.]

From Lake Circuit Court; *J. H. Gillett*, Judge.

Action by Baltimore & Ohio & Chicago Railroad Company against the city of Hammond and others. From a judgment for defendants, plaintiff appeals. *Affirmed.*

*J. H. Collins* and *T. J. Wood*, for appellant.
*Lawrence Becker* and *F. N. Gavit*, for appellees.

Henley, J.—The same questions are involved in this appeal as were in *Baltimore, etc., R. Co.* v. *Town of Whiting*, ante, 182. Upon the authority of that case the judgment of the trial court is affirmed.

## Laakmann et al v. Throckmorton.

[No. 4,210. Filed April 3, 1903.]

From Johnson Circuit Court; *W. J. Buckingham*, Judge.

Action by Fred Laakmann and another against Rebecca Throckmorton. From a judgment for defendant, plaintiffs appeal. *Affirmed.*

*E. P. Ferris, W. W. Spencer* and *E. W. Spencer*, for appellants.
*R. M. Miller* and *H. C. Barnett*, for appellee.

Per Curiam.—The questions presented by this appeal are identical with those considered by the Supreme Court in *Laakmann* v. *Pritchard*, 160 Ind.——. Upon the authority of that case the judgment is affirmed.